**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **BANKERS LIFE AND CASUALTY COMPANY,**<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**MARCUS TURNER, WILLIAM ROSE, WILLIAM HUSTON, LYNDSEY FAIR, AND STEVIE SKELTON,**<br><br>　　　　Defendants. | Case No. 1:09-cv-07835<br><br>**Judge Virginia Kendall**<br><br>**Magistrate Judge Jeffrey Cole** |

**AGREED CONSENT ORDER**

Plaintiff Bankers Life and Casualty Company ("Bankers Life") and Defendants Marcus Turner, William Rose, William Huston, Lyndsey Fair, and Stevie Skelton (collectively, "Defendants") represent to the Court that they have reached an out-of-Court settlement and compromise regarding all disputed claims in this action. As part of that settlement and compromise, the parties agree to the following terms, and the Court enters the following Agreed Consent Order (the "Order").

IT IS HEREBY ORDERED, ADJUDGED, and DECREED as follows:

1. **NON-RAIDING OF BANKERS LIFE'S AGENTS AND EMPLOYEES.** From the date of this Order through August 31, 2011, each of the Defendants, or his or her agents, shall not, directly or indirectly, hire, retain, contract with, solicit, or induce to depart from Bankers Life, any agent or employee of Bankers Life, or induce, encourage, or assist any others in doing so.

2. **NON-SOLICITATION AND NON-SERVICING OF CUSTOMERS AND POLICYHOLDERS**. From the date of this Order through August 31, 2011, each of the Defendants, or his or her agents, shall not, directly or indirectly, solicit, service, contract with, or otherwise engage in any business with, any individual who on or after January 11, 2005, conducted any business with, or was otherwise serviced by, the Bankers Life's branch office for which Defendants performed services (*i.e.*, Bankers Life's branch office in Atlanta, Georgia) or any of that branch office's agents or employees. Each of the Defendants further is prohibited from inducing, encouraging, or assisting any others in such conduct.

3. **NON-DISCLOSURE OF BANKERS LIFE'S CONFIDENTIAL AND TRADE SECRET INFORMATION AND RETURN OF PROPERTY.** Each of the Defendants shall keep confidential, not disclose, and not otherwise misappropriate at any time any of Bankers Life's confidential and trade secret information, including, but not limited to, Bankers Life's confidential rate information, sales manuals, customer lists, policyholder cards, policyholder contact data, prospect lists, and any other document containing information regarding Bankers Life's policyholders. Each of the Defendants shall return immediately to Bankers Life all of Bankers Life's property, including, but not limited to, equipment, confidential rate information, sales

     manuals, customer lists, policyholder cards, policyholder contact data, prospect lists, and any other document containing information regarding Bankers Life's policyholders.

4. **FINALITY OF JUDGMENT.** The parties have consented to this Order pursuant to settlement agreements and, accordingly, they acknowledge that this Order shall constitute a final adjudication of Bankers Life's above-captioned action against Defendants. With the exception of claims arising from a violation and/or breach of this Order and/or the parties' settlement agreements, all claims in the above-captioned action are hereby dismissed with prejudice.

5. **CONSENT TO JUDGMENT**. By consenting to this Order, the parties represent and warrant that they understand the terms of this Order and their respective obligations hereunder and that they do not believe this Order is vague, ambiguous, overbroad, unreasonable, or otherwise unenforceable.

6. **COSTS**. All parties shall bear their own costs and attorneys' fees incurred in this action.

7. **JURISDICTION**. The Court shall retain jurisdiction over this case for purposes of enforcing this Order.

SO ORDERED, this the 12th day of February, 2010.

_____
Honorable Judge Virginia Kendall
United States District Court

| Consented to, | Consented to, |
|---|---|

By: *s/David K. Haase*
    David K. Haase

David K. Haase (6201278)
William J. Shin (6295616)
LITTLER MENDELSON
A Professional Corporation
200 N. LaSalle Street, Suite 2900
Chicago, IL  60601
Tel: 312.372.5520
Fax: 312.372.7880

*Attorneys for Plaintiff*

*s/Marcus Turner*
Marcus Turner

*s/William Rose*
William Rose

*s/William Huston*
William Huston

*s/Lyndsey Fair*
Lyndsey Fair

*s/Stevie Skelton*
Stevie Skelton

4

Dated: February 12, 2010

*Defendants*
Dated: February 12, 2010

Firmwide:93594717.1 054835.1060